corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ In the Matter of ROBERT DRABENT, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding dismissed, without costs, upon stipulation.

■ ARLEIGH WORDEN et al., Appellants, v. JOHN D. PRESCOTT et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ ALICE L. SCHMAHL, Plaintiff, v. ARTHUR G. WEIS et al., Defendants. — Appeal dismissed, without costs, upon stipulation.

■ PITTSFORD DRIVE-IN THEATRE, INC., Appellant, v. WASHINGTON DRIVE-IN THEATER, INC., et al., Defendants, and FRED J. SWIFT, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ ANTHONY ROSS, Appellant, v. NELSON'S DRY GOODS, INC., Respondent.— Appeal dismissed, without costs, upon stipulation.

■ NICHOLAS ESPOSITO, Respondent, v. E. W. BLISS CO., Appellant, et al., Defendant.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Accounting of JOSEPH A. SCHWENDLER, Deceased Administrator, et al., of the Estate of ANTHONY NAPLES, Deceased.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE STANLEY, JR., Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ ONONDAGA OPERATING CORP., Respondent, v. RICHARD LONGO, Appellant.— Appeal dismissed, with $10 motion costs, for failure to comply with previous order.

■ In the Matter of the HORNELL CITY COURT CLERK.— Order entered for destruction of records.

■ EDYTHE DE WITT, Appellant, v. CHARLES W. KIRLEY et al., Respondents.— Motion granted and appeal dismissed, without costs. '

■ MARIE MIETUS, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ ALEXANDER TRZECIESKI, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ JANICE L. WILSON, Appellant, v. STATE OF NEW YORK, Respondent. — Motion granted and appeal dismissed, without costs.

■ CHARLES O. WILSON, JR., Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ HERBERT M. WALLINGFORD, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ EDNA A. WALLINGFORD, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ JOSEPH WETZEL, Appellant, v. SEL T. LAU et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN MAJEWSKI, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOBBY C. SHAW, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on original papers and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH FREY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and handwritten briefs denied on the ground that the papers fail to show merit to the appeal.